Philip G. Roggeveen (SBN 141750)
LAW OFFICES OF PHILIP ROGGEVEEN
1625 The Alameda Ste. 800
San Jose, CA 95126
Telephone: (650) 906 0288
Facsimile: (408) 491 9260

Attorneys for Defendant
STANLY YUNG

**FILED**

JUN 28 2006

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN CALIFORNIA DISTRICT OFFICE

| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-00280 |
|---|---|---|
| Plaintiff, | ) | ORDER AUTHORIZING TRAVEL |
| vs. | ) | |
| STANLY YUNG, | ) | Hon. Patricia V. Trumbull |
| | ) | U.S. Magistrate Judge |
| Defendant. | ) | |

Upon application and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant Stanly Yung's conditions of release previously set by this Court on April 27, 2006 be modified to permit travel to Solano County on July 4, 2006. The defendant shall contact United States Pretrial Officer Laura Weigel upon his return. All other terms and conditions of release shall remain in full force and effect.

Dated: 6/28/06

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

*Order Authorizing Travel*

1