PHILIP ROGGEVEEN
Attorney at Law
1625 The Alameda, #800
San Jose, CA 95126
Phone: (650) 906-0288
SBN: 141750

Attorney for Defendant



FILED
DEC 13 2006
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Stanley Yung,<br><br>    Defendant. | No.  CR 0600280<br><br>[PROPOSED] ORDER AUTHORIZING TRAVEL<br><br>Honorable Patricia V. Trumbull<br>United States Magistrate-Judge |

Upon application of defendant and good cause appearing:

IT IS HEREBY ORDERED that defendant Stanley Yung's conditions of release previously set by the Court, to be modified to permit travel to Reno, Nevada. Defendant will be departing on December 25, 2006, to Reno via Interstate 80, and staying at the Silver Legacy, 407 N. Virginia Street. Defendant will return on December 27, 2006, and will be driving a silver 2002 Toyota Sequoia, California license plate number 4VGS035.

Dated: December 13, 2006

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

[PROPOSED] ORDER AUTHORIZING TRAVEL