1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney
2 | MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
3 | CARLOS SINGH (PASBN 50581)
Assistant United States Attorney
4
Attorneys for Plaintiff
5
6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: (408) 535-5065
7 | Fax: (408) 535-5066      *E-FILED - 3/15/07*
E-mail: carlos.singh@usdoj.gov
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
UNITED STATES OF AMERICA,   )   No. CR 06-00280-RMW
11                          )
  Plaintiff,               )
12                          )   STIPULATION AND ORDER
  v.                       )   CONTINUING SENTENCING
13                          )   HEARING
STANLEY YUNG,              )
14                          )
  Defendant.               )
15 _____)

16    The parties stipulate to a continuance of the February 5, 2007 sentencing hearing date to

17 March 19, 2007 at 9:00am, as defense counsel, who was ill the past two weeks, needs the

18 additional time to investigate a sentencing matter.   Since the probation officer was unavailable

19 on this day, defense counsel left a message for officer informing her that the parties had agreed to

20 a continuance of the February 5, 2007 sentencing hearing.

21

22    _____/S/_____         _____/S/_____
   PHILIP G. ROGGEVEEN, Esq.          CARLOS  SINGH
23 Counsel for Stanley Yung            Counsel for the Government

24 Feb. 2, 2007                        Feb. 2, 2007

25 **SO ORDERED.**

26
   *Ronald M. Whyte*
27 Mar. 15, 2007                       _____
                                       RONALD M. WHYTE
                                       United States District Judge
28