SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK L. KROTOWSKI (CASBN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorneys for Plaintiff

    150 Almaden Blvd., Suite 900
    San Jose, California 95113-3081
    Telephone: (408) 535-5065
    Fax: (408) 535-5066
    E-mail: carlos.singh@usdoj.gov

***E-FILED - 3/15/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                      Plaintiff,  )<br>         v.  )<br>STANLEY YUNG,  )<br>                      Defendant.  )<br>_____ ) | No. CR 06-00280-RMW<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>HEARING |

The parties stipulate to a continuance of the March 19, 2007 sentencing hearing to March 26, 2007 at 9:00am, as the parties need the additional time to meet and discuss disagreements on sentencing issues. In attempting to resolve disagreements, defense counsel has obtained documents and wants to meet with the government counsel and discuss the documents. The government is waiting for documents from the Bank of America which will hopefully assist in resolving the sentencing disagreements.

| | |
|---|---|
|       /S/<br>PHILIP G. ROGGEVEEN, Esq.<br>Counsel for Stanley Yung<br><br>March 14, 2007 |       /S/<br>CARLOS SINGH<br>Counsel for the Government<br><br>March 14, 2007 |

**SO ORDERED.**

March 15, 2007

*Ronald M. Whyte* (signature)
RONALD M. WHYTE
United States District Judge